## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 182 MAL 2016

                Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

          v.   :

NATHAN ROBERT PARKER,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.